IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| BERTRAND BRIERE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-04712 |
| | ) | |
| RUSH UNIVERSITY MEDICAL CENTER and MONICA ROVER, | ) ) | Honorable John F. Kness |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION TO DISMISS

The Plaintiff BERTRAND BRIERE and the Defendants RUSH UNIVERSITY MEDICAL CENTER and MONICA ROVER stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal of this matter with prejudice. In support of this stipulation, the parties agree as follows:

1. Rule 41 authorizes the voluntary dismissal of a case when the parties file a signed stipulation of dismissal. A voluntary dismissal may be with prejudice when the parties agree to such a dismissal.

2. All parties request that the Court dismiss this lawsuit with prejudice and without leave to reinstate after 60 days. The parties request that the Court retain jurisdiction over this matter for 60 days in the event that any party chooses to file a motion for reinstatement within 60 days.

3. Each party shall bear their own attorneys' fees, costs, and expenses.

WHEREFORE, the parties request that this Court approve this stipulation and enter an order (1) dismissing this matter with prejudice; (2) providing that each party is to bear his, her, or its own fees, costs, and expenses in this matter; and (3) for this Court to retain jurisdiction for sixty days, if necessary, to address any motion by a party to reinstate this matter.

                                                   Respectfully submitted,

| /s/ Joel F. Handler | /s/ S. Leigh Jeter |
|---|---|
| JOEL F. HANDLER (#1115812) | S. Leigh Jeter (#6237382) |
| One E. Wacker Drive, Suite 510 | Nathan A. Shine |
| Chicago, Illinois 60601 | Michael Best & Friedrich LLP |
| (312) 832-0008 | 444 W. Lake Street, Suite 3200 |
| jhandler@handlerlawgroup.com | Chicago, Illinois 60606 |
| | (312) 222-0800 |
| Attorney for the Plaintiff, | kmhaase@michaelbest.com |
| BERTRAND BRIERE | sljeter@michaelbest.com |
| | nashine@michaelbest.com |
| | |
| | Attorneys for the Defendants, |
| | RUSH UNIVERSITY MEDICAL CENTER and MONICA ROVER |