UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Bertrand Briere

          Plaintiff,

v.           Case No.: 1:21−cv−04712
          Honorable John F. Kness

Rush University Medical Center, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 27, 2022:

      MINUTE entry before the Honorable John F. Kness: On 7/26/2022, the parties filed a jointly−signed "Joint Stipulation to Dismiss" [23]. Accordingly, the case is dismissed by operation of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. *See Nelson v. Napolitano*, 657 F.3d 586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal "is self−executing and effective without further action from the court"). Under the terms of the Stipulation, this dismissal is without prejudice and with leave to reinstate on or before 9/24/2022. In the event a motion to reinstate is not filed on or before 9/24/2022, or no party has moved to extend that deadline, the case shall be deemed, without further order of the Court, to be dismissed with prejudice. Each party to bear its own fees and costs. The hearing set for 11/15/2022 is stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.